UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION AT PIKEVILLE**

| | | |
|---|---|---|
| SHEILA DIANNE KILLION, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 7:18-cv-27-JMH |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,[1] | ) ) ) | **FINAL JUDGMENT** |
| Defendant. | ) ) ) | |

\*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 24th day of September, 2019.

---

[1] Andrew Saul was sworn in as the Commissioner of Social Security on June 17, 2019. Still, Nancy Berryhill was serving as Acting Commissioner of Social Security when this action was filed. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Saul is automatically substituted as a party.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge